```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014   FAX (213) 689-3055
 4
                       UNITED STATES BANKRUPTCY COURT
 5                      CENTRAL DISTRICT OF CALIFORNIA
 6
 7  In re:                           )  Case No.: 2:08-bk-11358 ER
                                     )
 8     Hernandez, Marianne M.        )  TRUSTEE'S NOTICE OF
                                     )  UNCLAIMED DIVIDEND
 9                                   )  (Bankruptcy Rule 3011)
                                     )
10                                   )
                                     )
11
         TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
         Please find annexed hereto Check No. 631581 in the sum of
13
    $50.92 representing the total amount of unclaimed dividend in
14
    the above-entitled debtor's estate.  The check was not
15
    deliverable at the address of record.  The Trustee, after due
16
    diligence, has not been able to locate the payee.  Said sum is
17
    paid over to you pursuant to Bankruptcy Rule 3011.  The record
18
    reflects the name and address of the party entitled to said
19
    unclaimed dividend to be:
20
                    Marianne M. Hernandez
21                  4240 Lost Hills RD, Apt 308
                    Agoura Hills, CA 91301
22
23
24  Date:  January 20, 2011               /s/ Nancy Curry
25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                         Check No. 631581

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0811358-ER | 999-0 | HERNANDEZ, MARIANNE M. | | 0.00 | 50.92 | 0.00 | 50.92 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry
Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

January 18, 2011

64-79 / 611

No. 631581

PAY** Fifty Dollars and 92 Cents*************************************************
TO THE ORDER OF

AMOUNT ************$50.92 ***

VOID AFTER April 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈631581⑈ ⑆061100790⑆ 000000575200 ⑈